**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 6, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00002-CV
_____

## IN RE GREG TODD, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-28650**

---

## MEMORANDUM OPINION

On January 5, 2015, relator Greg Todd filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Sheri Y. Dean, presiding judge of the 309th District Court of Harris County, to vacate her December 18, 2014 temporary orders.

Relator has not provided the order about which he complains or the reporter's record of the December 18, 2014 hearing. *See* Tex. R. App. P. 52.3(k)(1), 52.7(a)(2). Therefore, relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion for temporary relief.

PER CURIAM

Panel consists of Justices Jamison, Busby, and Brown.